IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRI L. LAWRENCE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | NO. 04-4682 |

**O R D E R**

**AND NOW**, this       day of              , 2005, after considering the parties' cross-motions for summary judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 9) is **DENIED**; and

3. The Defendant's Motion for Summary Judgment (Doc. No. 12) is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT IS ENTERED** in favor of the Commissioner affirming the administrative decision of the Commissioner that denied benefits to Plaintiff Terri L. Lawrence.  This case shall be closed for statistical purposes.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.